DEFENDANT:	David Leroy Carver Jr

YEAR OF BIRTH:	1978

ADDRESS (CITY/STATE):  Los Angeles, California

OFFENSE(S): COUNT 1: Interference with Flight Crew Members and Attendants, Title 49 U.S.C. § 46504

LOCATION OF OFFENSE (County/State):  Mesa County, Colorado

PENALTY:	NMT 20 years imprisonment, NMT $250,000.00 fine or both; and $100.00 Special Assessment

AGENT/DEPUTY:	Randy Watts, Special Agent

AUTHORIZED BY:	Jennifer Springer, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less	_____ over five days	_____ other

THE GOVERNMENT **will** seek detention in this case pursuant to 18 U.S.C. §3142(f)(2)

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF case:  _____ Yes     __X__ No